UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
UNITED STATES OF AMERICA,

       Plaintiff,

v.                                    Case No.: 4:07-CV-008-SPM

$20,000.00 CASHIER'S CHECK,
NUMBER 504925, MADE PAYABLE
THROUGH CAPITAL CITY BANK,
PAYEE: KARIME H. HALIM,

       Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon the Government's "Consented Motion to Dismiss" (doc. 20). The Government requests the dismissal of the Complaint for Forfeiture In Rem because the parties have reached a Settlement Agreement (doc. 20-2). The motion is *granted*. This case is hereby *dismissed with prejudice*. The $20,000.000 Cashier's Check shall be sent to Karime H. Halim through the care of Richard Greenberg at 215 South Monroe Street, Suite 130, Tallahassee, Florida 32302-2507.

DONE AND ORDERED this twenty-third day of April, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge